

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00478-CR

Jorge Hernandez **CANTO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 13th Judicial District Court, Navarro County, Texas
Trial Court No. D34835-CR
Honorable James E. Lagomarsino, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 31, 2013.

_____
Rebeca C. Martinez, Justice